# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

In re: TONI MARIE RESENDEZ

Case no. 12-11218-13
Chapter 13

Debtor(s)


FILED AT WICHITA, KS
JAN 23 2015
CLERK
U.S. Court of Bankruptcy
By _____ Deputy

## TRUSTEE'S REPORT TO COURT
## OF OUTSTANDING FUNDS

COMES NOW Laurie B. Williams, Standing Chapter 13 Trustee, and reports to the Court that she issued funds in the captioned case for the creditor listed below. The confirmed plan provided for payment of the ongoing mortgage payment through case administration and the creditor failed to file a proof of claim as of the date of dismissal.

| Claim No | Creditor/ Debtor | Amount |
| --- | --- | --- |
| NO CLAIM FILED | CITY NATIONAL BANK | $9,880.53 |

The case has been dismissed; therefore the Trustee is turning the funds over to the Clerk of the Bankruptcy Court to be held in the Court Registry. Attached hereto is Trustee check no. 895941, in the amount of $9,880.53, payable to the Clerk of the Bankruptcy Court.

Dated: January 21, 2015

_L. B. Williams_

Laurie B. Williams, S. Ct. #12868
Standing Chapter 13 Trustee
300 W. Douglas Ave., Suite 650
Wichita KS 67202-2916
(316) 267-1791
lbwsig@wichita13trustee.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Trustee's Report was deposited in the United States mail, first-class postage prepaid on 01/21/15 to the following:

WILLIAM J FIELDS
ATTORNEY AT LAW
421 E 3RD ST
WICHITA, KS 67202-0000

TONI MARIE RESENDEZ
2928 S HIRAM
WICHITA, KS 67217

_Jennifer Wallace_
Jennifer Wallace, Trustee Assistant

```
            UNITED STATES
          BANKRUPTCY COURT
            DISTRICT OF KANSAS
             WICHITA DIVISION

         #  136964      -- DH
         * * C O P Y * *
          January 23, 2015
              10:30:47


              UNCLAIM
              12-11218
       Debtor.: TONI MARIE RESENDEZ
       Amount.:            $9,880.53 CH
       Check#.: 895941



       Total-->   $9,880.53


       FROM: LAURIE WILLIAMS, TRUSTEE
```